# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



FILED

JUL 2 3 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

                    Plaintiff,

        vs.

GUSTAVO JUAREZ JR (6),

                    Defendant.

CASE NO. 12CR0124<s>4</s>-BEN

**JUDGMENT OF DISMISSAL**

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_  the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment:

    21:841(a)(1) and 846; 21:853(a) and 853(p) - Conspiracy to Manufacture and Distribute Marijuana, Criminal Forfeiture; 21:841(a)(1); 18:2 - Manufacture of Marijuana Plants; Aiding and Abetting

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 23, 2013

                          _____

                          David H. Bartick
                          U.S. Magistrate Judge